**L. RUTHER, Plaintiff—Appellant,**

v.

**UNITED STATES of America, Defendant—Appellee.**

No. 07–1997.

United States Court of Appeals, Fourth Circuit.

Submitted: Dec. 13, 2007.

Decided: Dec. 18, 2007.

L. Ruther, Appellant Pro Se.

Before NIEMEYER, MOTZ, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

L. Ruther appeals the district court's order dismissing his civil action without prejudice. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the

district court. *Ruther v. United States,* 3:07–cv–00475–JRS (E.D. Va. filed Sept. 14, 2007; entered Sept. 17, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*